**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. | ) | |
| | ) | Civil No.  17-cv-1843-KBF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO REOPEN** |
| WENN LIMITED, LLOYD RAYMOND BEINY, | ) | **DISCOVERY** |
| CELEBITCHY LLC and SHEKNOWS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE THAT**, Defendant Celebitchy LLC ("Celeb") will move the

Court as soon as counsel may be heard for an order pursuant to Rule 16(b) of the Federal Rules

of Civil Procedure to reopen the discovery period for the limited purpose of allowing Celeb to

serve document requests on Defendants WENN Limited and Lloyd Raymond Beiny concerning

their financial statuses as well as ability and intent to indemnify Celeb in this case.

Dated:  January 2, 2018               THE LAW OFFICES OF
        New York, New York            ANDERSON J. DUFF, PLLC


                                      By:  /Anderson J. Duff/
                                      Anderson J. Duff (AD 2029)
                                      244 5th Avenue, Suite 2230
                                      New York, NY  10001
                                      (t) 212.996.4103

                                      *Attorneys for Defendant Celebitchy LLC*